# United States Court of Appeals
## For the First Circuit

No. 24-1908

CARLOS E. APONTE-SOBRADO,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**ORDER OF COURT**

Entered: October 11, 2024
Pursuant to 1st Cir. R. 27.0(d)

      Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." On September 4, 2024, the district court entered a final order adverse to the petitioner but failed to address whether a certificate of appealability would issue. The district court is requested to issue or deny a certificate of appealability within two weeks of the date of this order and to forward its decision to this court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Honorable Francisco A. Besosa
Ada García-Rivera, Clerk, United States District Court for the District of Puerto Rico
Carlos E. Aponte-Sobrado
Mariana E. Bauzá Almonte
Corinne Cordero-Romo